JS-6

LEONARD CARDER LLP
**Shawn C. Groff** (SBN 248022)
sgroff@leonardcarder.com
**Drew G. Stark** (SBN 287921)
dstark@leonardcarder.com
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY RESTAURANT AND TAVERN RETIREMENT PLAN and LIAN ALAN, DOUGLAS CORNFORD, YULISA ELENES, TAYLOR HUDSON, and JOSE ZARATE, in their capacities as Trustees of the East Bay Restaurant and Tavern Retirement Plan,<br><br>Plaintiffs,<br>v.<br><br>GRASSWOOD PARTNERS, INC., a California corporation, DALE H. STEVENS, individually and in his capacity as principal of Grasswood Partners, Inc.<br><br>Defendants and Third-Party Plaintiffs,<br>v.<br>FUNDAMENTAL CAPITAL MANAGEMENT, LLC, a Delaware Corporation, JOHN KRIEGER, individually and in his capacity as principal of Fundamental Capital Management, LLC.<br><br>Third-Party Defendants. | Case No.: 2:22-cv-01462-RGK-GJS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>Hon. R. Gary Klausner |

LEONARD CARDER, LLP
ATTORNEYS
1999 HARRISON STREET, SUITE 2700
OAKLAND, CALIFORNIA 94612
TEL: (510) 272-0169 FAX: (510) 272-0174

The Court has read and considered the Stipulation between Plaintiffs East Bay Restaurant and Tavern Retirement Plan and Lian Alan, Douglas Cornford, Yulisa Elenes, Taylor Hudson and Jose Zarate, in their capacities as Trustees of the East Bay Restaurant and Tavern Retirement Plan, Defendants/Third-Party Plaintiffs Grasswood Partners, Inc. and Dale H. Stevens and Third-Party Defendants Fundamental Capital Management, LLC and John Krieger (collectively the "Parties") to dismiss all claims and third-party claims with prejudice.

Good cause appearing the Court APPROVES the Stipulation between the Parties.

Accordingly, pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that all claims and third-party claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 1, 2023

*Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE